# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ABRAHAM GRANT, SR.**
**ADC #128147**                                                                             **PLAINTIFF**

**V.**            **CASE NO. 2:12CV00133 SWW**

**RICHARD PROCTOR and**
**CHALK MITCHELL**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED THIS 20TH DAY OF AUGUST, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE